|                                    |     |                       |
| ---------------------------------- | --- | --------------------- |
|                                    | *   | IN THE                |
| ATTORNEY GRIEVANCE                  | *   |                       |
| COMMISSION OF MARYLAND              |     | SUPREME COURT         |
|                                    | *   |                       |
|                                    |     | OF MARYLAND           |
| v.                                 | *   |                       |
|                                    |     | AG Docket No. 49      |
| ROBERT P. WALDECK                   | *   |                       |
|                                    |     | September Term, 2023  |
|                                    | *   |                       |

O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission alleges that respondent was disbarred by the Court of Appeals of the District of Columbia for violation of Rules 1.3(a), 1.3(b)(1), 1.3(b)(2), 1.3(c), 1.4(a), 1.15(a), 1.15(b), 1.15(e), 1.16(d), 8.4(c), and 8.4(d) of the District of Columbia Rules of Professional Conduct. Upon the filing of the petition and pursuant to Rule 19-737(c), the Court issued an order requiring the parties to show cause why corresponding discipline should not be imposed. Bar Counsel responded to the order to show cause and recommends that respondent be disbarred. Respondent did not respond to the order.

Upon consideration of the petition, it is this 25th day of July 2024, by the Supreme Court of Maryland,

ORDERED that the Respondent, Robert P. Waldeck, is disbarred from the practice of law in the State of Maryland effective immediately; and it is further

ORDERED that the Clerk of this Court shall strike the name of Robert P. Waldeck from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial

tribunals in this State in accordance with Maryland Rule 19-761(b).



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk